UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-361-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTWON DWAYNE SMITH | ORDER TO SEAL<br>SENTENCING MEMORANDUM |

On motion of the Defendant, Antwon Dwayne Smith, and for good cause shown, it is hereby ORDERED that **DE 28** be sealed until further notice by this Court.

IT IS SO ORDERED.

This  12th  day of  February , 2020.

_____
LOUISE W. FLANAGAN
United States District Judge